Arnett M. HOWARD et al. v. COMMISSION-
ERS OF SINKING FUND OF CITY
OF LOUISVILLE et al.

Court of Appeals of Kentucky.
June 20, 1952.

W. A. Armstrong, D. E. Armstrong, Louisville, for appellants.

Gilbert Burnett, City Atty., Alex Humphrey, Asst. City Atty., Louisville, for appellees.

PER CURIAM.

This case was before this Court on a demurrer to the petition. Commissioners of Sinking Fund of City of Louisville v. Howard, Ky., 248 S.W.2d 340. The judgment of the Circuit Court overruling defendants' demurrer was reversed for reasons set out in that opinion. Upon return of the case to the Circuit Court, judgment was entered in conformity with our opinion. This is an appeal from that judgment. No new issue or additional question is presented, and the Court has not changed its view on any of the questions formerly presented.

Judgment affirmed.